# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SKEFFERY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J. JOHNSON, Secretary of DHS, *et al.*,<br><br>　　　　Respondents. | Case No. 15-cv-2285 DMS (JMA)<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION OF MOTION TO APPOINT COUNSEL**<br><br>[ECF 9] |

On October 9, 2015, Petitioner Robert Skeffery filed the present Petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. ECF 1. On November 18, 2015, the Court denied Petitioner's motion for appointment of counsel. ECF 4. On November 16, 2015, Petitioner renewed his motion. ECF 6. On November 24, 2015, this Court denied the renewed motion. ECF 7. On December 17, 2015, Petitioner moved for reconsideration of the motion. After reviewing the motion, the Court still finds no exceptional circumstances warranting appointment of counsel. 28 U.S.C. § 1915(e)(1); *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009). As a result, the Court **DENIES** Petitioner's motion. ECF 9.

**IT IS SO ORDERED.**

Dated:  December 22, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　　　　United States District Judge